# EXHIBIT A

| | SUM-100 |
|---|---|
| **SUMMONS** *(CITACION JUDICIAL)* | FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SHENZHEN DELING TECHNOLOGY CO., AMAZON.COM INC., a Delaware Corporation and DOES 1-40, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
STATE FARM GENERAL INSURANCE COMPANY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

SEP 06 2019

BY _____
RAFAEL HERNANDEZ, DEPUTY

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER *(Número del Caso):* 1926487

SAN BERNARDINO SUPERIOR COURT
247 West Third Street
San Bernardino, CA 92415-0210

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Robin F. Genchel 131705 PILLEMER & PILLEMER
17835 Ventura Blvd., Suite 204 (818) 994-4321
Encino, CA 91316

DATE: SEP 06 2019         Clerk, by Rafael Hernandez, Deputy
*(Fecha)*                  *(Secretario)*                 *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]    **NOTICE TO THE PERSON SERVED:** You are served
COPY
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Amazon.com Inc., a Delaware Corporation
   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 10/4/19

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

15170

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robin F. Genchel 131705<br>PILLEMER & PILLEMER<br>17835 Ventura Blvd., Suite 204<br>Encino, CA 91316<br>TELEPHONE NO.: (818) 994-4321  FAX NO.: (818) 994-3484<br>ATTORNEY FOR (Name): State Farm General Insurance Company | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>SEP 06 2019<br><br>BY _____<br>RAFAEL HERNANDEZ, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: San Bernardino, CA 92415-0210
BRANCH NAME:

CASE NAME: STATE FARM V SHENZHEN DELING TECHNOLOGY CO.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CIVDS 1926487 |
|---|---|---|
| [X] Unlimited   [ ] Limited<br>(Amount          (Amount<br>demanded       demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[X] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): FOUR
5. This case [ ] is   [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 9/3/2019

Robin F. Genchel                                          ▶ /s/ [signature]
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
CEB | Essential Forms
ceb.com

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

15170

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
 Auto (22)-Personal Injury/Property Damage/Wrongful Death
 Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
 Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
 Product Liability *(not asbestos or toxic/environmental)* (24)
 Medical Malpractice (45)
  Medical Malpractice- Physicians & Surgeons
  Other Professional Health Care Malpractice
 Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
 Business Tort/Unfair Business Practice (07)
 Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
 Defamation (e.g., slander, libel) (13)
 Fraud (16)
 Intellectual Property (19)
 Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
 Other Non-PI/PD/WD Tort (35)

**Employment**
 Wrongful Termination (36)
 Other Employment (15)

**Contract**
 Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach-Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
 Collections (e.g., money owed, open book accounts) (09)
  Collection Case-Seller Plaintiff
  Other Promissory Note/Collections Case
 Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
 Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
 Eminent Domain/Inverse Condemnation (14)
 Wrongful Eviction (33)
 Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
 Commercial (31)
 Residential (32)
 Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
 Asset Forfeiture (05)
 Petition Re: Arbitration Award (11)
 Writ of Mandate (02)
  Writ-Administrative Mandamus
  Writ-Mandamus on Limited Court Case Matter
  Writ-Other Limited Court Case Review
 Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal-Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400-3.403)**
 Antitrust/Trade Regulation (03)
 Construction Defect (10)
 Claims Involving Mass Tort (40)
 Securities Litigation (28)
 Environmental/Toxic Tort (30)
 Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
 Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
 RICO (27)
 Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
 Partnership and Corporate Governance (21)
 Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

| CM-010 [Rev. July 1, 2007] | CEB® Essential Forms™ ceb.com | **CIVIL CASE COVER SHEET** | Page 2 of 2 |

15170

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

STATE FARM GENERAL INSURANCE COMPANY

vs.

SHENZHEN DELING TECHNOLOGY CO., AMAZON.COM INC. Corporation and DOES 1-40, inclusive

CASE NO.: CIV DS 1926487

CERTIFICATE OF ASSIGNMENT

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the District of the Superior Court under Rule 131 and General Order of this court for the checked reason:

[X] General      [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] | 1. Adoption | Petitioner resides within the district. |
| [ ] | 2. Conservator | Petitioner or conservatee resides within the district. |
| [ ] | 3. Contract | Performance in the district is expressly provided for. |
| [ ] | 4. Equity | The cause of action arose within the district. |
| [ ] | 5. Eminent Domain | The property is located within the district. |
| [ ] | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 9. Mandate | The defendant functions wholly within the district. |
| [ ] | 10. Name Change | The petitioner resides within the district. |
| [ ] | 11. Personal Injury | The injury occurred within the district. |
| [ ] | 12. Personal Property | The property is located within the district. |
| [ ] | 13. Probate | Decedent resided or resides within or had property within the district. |
| [ ] | 14. Prohibition | The defendant functions wholly within the district. |
| [ ] | 15. Review | The defendant functions wholly within the district. |
| [ ] | 16. Title to Real Property | The property is located within the district. |
| [ ] | 17. Transferred Action | The lower court is located within the district. |
| [ ] | 18. Unlawful Detainer | The property is located within the district. |
| [ ] | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [X] | 20. Other Subrogation | Incident occurred within jurisdiction |
| [ ] | 21. THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT. | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

| NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR | | | ADDRESS: 3031 Street of the Chimes |
|---|---|---|---|
| Chino Hills | California | | 91709 |
| CITY | STATE | | ZIP CODE |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on 9/3/2019 at Encino , California.

_Signature of Attorney/Party_

Form # 13-16503-360
Mandatory Use

CERTIFICATE OF ASSIGNMENT

Rev. June 2019

CEB | Essential Forms

15170

Robin F. Genchel, Esq., State Bar No. 131705
PILLEMER & PILLEMER
17835 Ventura Blvd., Suite 204
Encino, California 91316-3673
Telephone (818) 994-4321 • Facsimile (818) 994-3484
Email: rgenchel@pillemerlaw.com

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

SEP 0 6 2019

BY _____
RAFAEL HERNANDEZ, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN DELING TECHNOLOGY CO., AMAZON.COM INC., a Delaware Corporation and DOES 1-40, inclusive,<br><br>Defendant. | CASE NO.: CIV DS 1926487<br><br>COMPLAINT FOR SUBROGATION, NEGLIGENCE, INDEMNITY AND BREACH OF WARRANTY<br><br>TRIAL DATE: None Set<br>ACTION FILED: |

Plaintiff alleges:

## GENERAL ALLEGATIONS

1. That at all times mentioned herein, plaintiff was and now is a corporation duly organized and existing under and by virtue of the laws of the State of Illinois, and authorized to conduct fire and casualty insurance business in the State of California.

2. That at all times mentioned herein, SHENZHEN DELING TECHNOLOGY CO. (hereinafter "SHENZHEN") was and now is a business entity, type unknown, authorized to and doing business in the County of SAN BERNARDINO, State of California.

3. That at all times mentioned herein, AMAZON.COM INC. (hereinafter "AMAZON") was and now is a Delaware corporation, authorized to and doing business in the County of SAN BERNARDINO, State of California.

- 1 -
COMPLAINT FOR SUBROGATION, NEGLIGENCE, INDEMNITY AND BREACH OF WARRANTY

4. That plaintiff is ignorant of the true names or capacities, be they corporate, associate, individual, or otherwise of defendants sued herein by the fictitious names of DOES 1 through 40, and each of them, and plaintiff will ask leave of this Court to amend this Complaint to reflect the true names and capacities of said fictitiously named defendants when the same have been ascertained.

5. That at all times mentioned herein, Tho Hua Anh Nguyen, (hereinafter "Nguyen") was insured under policy number 71BF-P604-3. Said policy was in full force and effect at all times relevant hereto and provided coverage for damage to and destruction of the property of Nguyen 3031 Street of the Chimes, Chino Hills, CA (hereinafter "Nguyen property").

6. That by the terms of said policy of insurance, plaintiff was to reimburse said insureds for damages to or destruction of the aforementioned property.

7. That prior to January 1, 2018, SHENZHEN manufactured a Jerrybox Handheld Bidet Sprayer Hygienic Anti-corrosion Bidet Shattaf Sprayer, Complete Sprayer Kit for Toilet with Adjustable Pressure Shut-Off Valve (hereinafter "Bidet Assembly"). Said Bidet Assembly was sold to AMAZON and distributed by AMAZON under the name of Jerrybox Handheld Bidet Sprayer.

8. That on or about January 1, 2018, the Bidet Assembly failed and flooded while located at the Nguyen property, causing severe damage to the Nguyen property.

## FIRST CAUSE OF ACTION - SUBROGATION

9. That plaintiff refers to and realleges Paragraphs 1 through 8 of the General Allegations as though set forth in full herein.

10. That at all times mentioned herein, defendants SHENZHEN and Does 1-20 were engaged in the business of designing, manufacturing and assembling Bidet Assembly for sale to and use by members of the general public, and as part of its business, defendants SHENZHEN and Does 1-20 designed, manufactured, and assembled the specific Bidet Assembly hereinafter referred to.

11. That at all times mentioned herein, defendant AMAZON and Does 21-40 were

1  engaged in the business of selling at retail to members of the general public in the City of
2  Chino Hills, County of San Bernardino, State of California, the hereinabove described Bidet
3  Assembly.

4      12.    That at all times mentioned herein, defendants, and each of them, knew and
5  intended that the Bidet Assembly would be purchased by members of the general public and
6  used by said purchasers and others without inspection for defects.

7      13.    That on or above July 23, 2017, Tho Hua Anh Nguyen purchased the
8  aforementioned Bidet Assembly from AMAZON at its regular place of business hereinafter
9  alleged.

10      14.    That the Bidet Assembly was, at the time that Tho Hua Anh Nguyen purchased
11  it, defective and unsafe for its intended purpose in that said Bidet Assembly the Bidet
12  Assembly failed and flooded, causing destruction to the Nguyen Property.

13      15.    That on or about January 1, 2018, Tho Hua Anh Nguyen had used the Bidet
14  Assembly at his home as a bidet. That on or about January 1, 2018 the Bidet Assembly failed
15  and flooded causing destruction to the Nguyen Property.

16      16.    That as a direct and proximate result of the defect and the Bidet Assembly failed
17  and flooded as herein alleged, plaintiff's insureds Tho Hua Anh Nguyen sustained damage to
18  their home, their personal property, and incurred additional living expenses in an amount of at
19  least $677,431.17.

20      17.    That plaintiff paid to its insureds the sum of $677,431.17 to date, and will amend
21  the complaint if any additional sums are paid to its insureds. That pursuant to the terms of the
22  aforementioned policy of insurance, plaintiff thereby became subrogated to all of the rights of,
23  entitled to enforce all of the remedies of said insureds against defendants, and each of them.

24      18.    That prior to the commencement of this action, said insureds assigned to plaintiff
25  all of their rights against defendants, and each of them.

26  SECOND CAUSE OF ACTION - NEGLIGENCE

27      19.    That plaintiff refers to and realleges Paragraphs 1 through 8 of the General
28  Allegations and Paragraphs 10 through 18 of the First Cause of Action as though set forth in

PILLEMER & PILLEMER

1 full herein.

2     20. That plaintiff is informed and believes, and based thereon alleges that, defendants, and each of them, were the manufacturers, designers, assemblers, distributors, sellers and advertisers of the Bidet Assembly and all its component parts, and knew, or should have known, that said Bidet Assembly was to be used by the general public.

6     21. That plaintiff is informed and believes, and based thereon alleges, that the defendants, and each of them, negligently, carelessly, tortiously and wrongfully failed to use reasonable care in the design, manufacture, assembly, distribution, sale and advertising of said Bidet Assembly.

10     22. That plaintiff is informed and believes, and based thereon alleges, that the defendants, and each of them, knew or should have known that the Bidet Assembly and its component parts were not adequately designed, manufactured, assembled, distributed and sold to the general public and that the users would be substantially damaged thereby.

14     23. That the defendants herein were under a duty to exercise ordinary care as the manufacturer, designer, distributor, marketer, wholesaler, retailer and advertiser of the Bidet Assembly to avoid reasonably foreseeable injury to users, purchasers and others of the Bidet Assembly.

18     24. That the defendants, and each of them, knew or should have foreseen with reasonable certainty that purchasers, users and others would suffer monetary and other damages if the defendants, and each of them, failed to perform their duties to cause the Bidet Assembly to be completed in a proper and workmanlike manner and fashion.

22     25. That as a direct and proximate result of the foregoing negligence, carelessness and unworkmanlike conduct, action and/or omission by defendants, and each of them, plaintiff has now paid to its insureds, Nguyen the sum of $677,431.17 for the damages that they suffered and which were covered under the policy issued by State Farm General Insurance Company (hereinafter "State Farm").

27     26. That as a direct and proximate result of the payment by State Farm to Nguyen, State Farm became subrogated to their rights against defendants, and each of them, and that

-4-

COMPLAINT FOR SUBROGATION, NEGLIGENCE, INDEMNITY AND BREACH OF WARRANTY

1  Nguyen assigned their rights of subrogation to State Farm.

2  <u>THIRD CAUSE OF ACTION -- INDEMNITY</u>

3  27. That plaintiff refers to and realleges Paragraphs 1 through 8 of the General
4  Allegations, Paragraphs 10 through 18 of the First Cause of Action, Paragraphs 20 through 26
5  of the Second Cause of Action, as though set forth in full herein.

6  28. That as a result of paying to plaintiff's insureds all sums upon which plaintiff's
7  insureds made claim, plaintiff became entitled to seek indemnity from defendants, and each of
8  them, for the damages that they caused.

9  29. That plaintiff has paid to its insureds the sum of $677,431.17. As a direct and
10  proximate result of said payment by State Farm to Nguyen, State Farm became subrogated to
11  the rights of its insureds and its insureds have now assigned their rights against defendants,
12  and each of them, to State Farm.

13  <u>FOURTH CAUSE OF ACTION - BREACH OF WARRANTY</u>

14  30. That plaintiff refers to and realleges Paragraphs 1 through 8 of the General
15  Allegations, Paragraphs 10 through 18 of the First Cause of Action, Paragraphs 20 through 26
16  of the Second Cause of Action, as though set forth in full herein.

17  31. That in connection with the manufacture, sale, supply, delivery, handling and
18  use of the products previously referred to, Defendants expressly and/or impliedly warranted
19  that said products and merchandise were merchantable and of good quality. Said
20  representations were, in fact, untrue, in that said products and merchandise failed to operate
21  properly, failed to operate as promised both expressly and by implication, and failed to
22  operate in a manner that would reasonably by expected by a reasonable consumer, and said
23  failures caused damage to State Farm's insured. Defendants were, or should have been, fully
24  knowledgeable as to the dangers and defects surrounding the sale, supply, delivery and use
25  of said products and merchandise, and their suitability for the purposes and uses for which
26  they were intended.

27  32. That in connection with the manufacture, sale, supply, delivery, testing, handling
28  and use of the products and merchandise previously described, Defendants expressly and/or

PILLEMER & PILLEMER

impliedly warranted, through advertising claims and/or product labels that said products and merchandise were suitable for the uses and purposes for which they were intended. State Farm's insured relied upon said representations, which were in fact false and untrue, in that, exposure to and use of the products and merchandise previously referred to did, in fact, cause serious property damage to State Farm's insured.

33. Plaintiff seek pre-judgment interest as prescribed by California law upon any and all damages sustained by State Farm's insured as herein above alleged.

WHEREFORE, plaintiff prays for judgment against defendants, and each of them, jointly and severally, as follows:

1. For damages in the sum of $677,431.17;
2. For pre-judgment interest in all sums awarded at the legal rate;
3. For costs of suit herein incurred; and
4. For such other and further relief as this court deems just and proper.

DATED: August 29, 2019    PILLEMER & PILLEMER

By: _____
ROBIN F. GENCHEL
Attorneys for Plaintiff, State Farm General Insurance Company

**PILLEMER & PILLEMER**
A PROFESSIONAL LAW CORPORATION
17835 VENTURA BLVD., SUITE 204
ENCINO, CA 91316
(818) 994-4321

WELLS FARGO BANK

16-24/1220

27813

9/4/2019

PAY TO THE ORDER OF  Clerk of the Court                                   $ **435.00

Four Hundred Thirty-Five and 00/100************************************************************** DOLLARS

Clerk of the Court
State Farm v Shenzen Deling Technology Co

MEMO  15170.902 SUT

⑈027813⑈ ⑆122000247⑆ 199345648 0⑈

| | | |
|---|---|---|
| PILLEMER & PILLEMER A PROFESSIONAL LAW CORPORATION Clerk of the Court | 9/4/2019 | 27813 435.00 |

| Trust Checking | 15170.902 SUT | | 435.00 |

| PILLEMER & PILLEMER A PROFESSIONAL LAW CORPORATION Clerk of the Court | 9/4/2019 | 27813 435.00 |

| Trust Checking | 15170.902 SUT | | 435.00 |

SF5001HG-1    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR. IF UNKNOWN, CALL 800-523-2422    C9T5T00010000    V14SF000010
Safeguard  LITHO USA  SFHG1 CK7SHG111H

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street
San Bernardino, CA. 924150210

---

CASE NO: CIVDS1926487

PILLEMER & PILLEMER
17835 VENTURA BLVD
SUITE 204
ENCINO CA 91316

NOTICE OF TRIAL SETTING CONFERENCE

IN RE: STATE FARM V SHENZHEN DELING TECHNOLOGY CO.

THIS CASE HAS BEEN ASSIGNED TO: BRYAN F FOSTER IN DEPARTMENT S22 FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference at the court located at 247 W. 3RD ST SAN BERNARDINO, CA 92415-0210.

 HEARING DATE: 03/06/20 at 8:30 in Dept. S22

DATE: 09/06/19 Nancy Eberhardt, Court Executive Officer
                By: RAFAEL HERNANDEZ

---

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party addressed above, for collection and mailing this date, following standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above, or as shown on the attached listing.
(X) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file stamped documents

Date of Mailing: 09/06/19
I declare under penalty of perjury that the foregoing is true and correct. Executed on 09/06/19 at San Bernardino, CA

                BY: RAFAEL HERNANDEZ